UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYBOENERGY, INC.,

    Plaintiff,

v.

NORTHERN ELECTRIC POWER TECHNOLOGY, INC.,

    Defendant.

Case No. 23-cv-06121-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE**

On September 8, 2025, the Court ordered as follows:

> The parties shall appear for a case management conference on October 21, 2025. They shall file a joint statement no later than October 14, 2025, in which they propose a schedule for the remainder of the case, including expert disclosures and discovery cut-off, a dispositive motion briefing and hearing schedule, a pretrial conference, and trial.

ECF No. 57. As of the date of this order, no case management statement has been filed.

The case management conference scheduled for October 21, 2025 is CONTINUED to November 18, 2025 at 2:00 p.m. An updated joint case management statement is due November 10, 2025. On the same date and time, the parties are ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed for their failure to comply with the Court's September 8, 2025 order. A written response to this order to show cause is due November 10, 2025.

**IT IS SO ORDERED.**

Dated: October 20, 2025



JON S. TIGAR
United States District Judge